UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER CALDERON,<br><br>        Plaintiff,<br><br>   v.<br><br>C. KOENIG, et al.,<br><br>        Defendants. | Case No. 19-cv-07949-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION AND GRANTING LEAVE TO FILE MORE THAN ONE SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 26 |

Good cause being shown, the Court GRANTS Defendants' request for leave to file more than one summary judgment motion and for an extension of time to file their dispositive motion. Dkt. No. 26. By December 31, 2020, Defendants shall file a motion for summary judgment for failure to exhaust administrative remedies. Plaintiff's opposition to this motion must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion. If the Court denies the motion for summary judgment for failure to exhaust administrative remedies, Defendants may file a second motion for summary judgment on the merits.

This order terminates Dkt. No. 26.

**IT IS SO ORDERED.**

Dated: 11/18/2020

                                          HAYWOOD S. GILLIAM, JR.
                                          United States District Judge