UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER CALDERON,<br><br>    Plaintiff,<br><br>v.<br><br>C. KOENIG, et al.,<br><br>    Defendants. | Case No. 19-cv-07949-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order Granting Defendants' Motion for Summary Judgment for Failure to Exhaust Administrative Remedies, this action is DISMISSED without prejudice for failure to exhaust administrative remedies. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 8/19/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge